# U.S. District Court
# Western District of North Carolina (Charlotte)
# CIVIL DOCKET FOR CASE #: 3:20–cv–00540–RJC–DSC

Cirillo v. Citrix Systems, Inc.  
Assigned to: District Judge Robert J. Conrad, Jr  
Referred to: Magistrate Judge David S. Cayer  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 09/29/2020  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Danielle Cirillo**  
*on behalf of herself and all others similarly situated*

represented by **Gilda Adriana Hernandez**  
The Law Offices of Gilda A. Hernandez, PLLC  
1020 Southhill Drive  
Suite 130  
Cary, NC 27513  
919–741–8693  
Fax: 919–869–1853  
Email: ghernandez@gildahernandezlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Charlotte Claire Smith**  
The Law Offices of Gilda A. Hernandez, PLLC  
1020 Southhill Drive  
Suite 130  
Cary, NC 27513  
919–741–8693  
Fax: 919–869–1853  
Email: csmith@gildahernandezlaw.com  
*ATTORNEY TO BE NOTICED*

**Robert Wesley Thayer Tucci**  
The Law Offices of Gilda A. Hernandez, PLLC  
1020 Southhill Drive  
Suite 130  
Cary, NC 27513  
919–741–8693  
Fax: 919–869–1853  
Email: rtucci@gildahernandezlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Citrix Systems, Inc.**

represented by **Frederick T. Smith**  
Seyfarth Shaw LLP  
6000 Fairview Road, Suite 1200  
Charlotte, NC 28210  
404–888–1021  
Fax: 404–892–7056  
Email: fsmith@seyfarth.com  
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2020 | Ï 1 | COMPLAINT against Citrix Systems, Inc. with Jury Demand ( Filing fee $ 400 receipt number 0419–4691533), filed by Danielle Cirillo. (Attachments: # 1 Cover Sheet, # 2 Exhibit A – Notice and Consent to File Suit as Named Plaintiff)(Hernandez, Gilda) Modified to delete extra wording on 9/30/2020 (js). (Entered: 09/29/2020) |
| 09/29/2020 | Ï 2 | NOTICE *of Filing of Consent to Join Suit as Party Plaintiff* by Danielle Cirillo (Attachments: # 1 Exhibit A – Consent to Join Suit – Stiles, Sabrina)(Hernandez, Gilda) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 3 | Corporate Disclosure Statement by Danielle Cirillo (Hernandez, Gilda) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 4 | NOTICE of Appearance by Gilda Adriana Hernandez on behalf of Danielle Cirillo (Hernandez, Gilda) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 5 | NOTICE of Appearance by Charlotte Claire Smith on behalf of Danielle Cirillo (Smith, Charlotte) (Entered: 09/29/2020) |
| 09/29/2020 | Ï 6 | NOTICE of Appearance by Robert Wesley Thayer Tucci on behalf of Danielle Cirillo (Tucci, Robert) (Entered: 09/29/2020) |
| 09/29/2020 | Ï | Case assigned to District Judge Robert J. Conrad, Jr and Magistrate Judge David S. Cayer. Notice: You must click this link to retrieve the **Case Assignment Packet**. *This is your only notice − you will not receive a separate document.*(js) (Entered: 09/30/2020) |
| 09/30/2020 | Ï 7 | Summons Issued Electronically as to Citrix Systems, Inc.. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (js) Modified date filed on 10/1/2020 (eef). (Entered: 09/30/2020) |
| 10/01/2020 | Ï 8 | AMENDED COMPLAINT *Collective and Class Action* with Jury Demand against Citrix Systems, Inc., filed by Danielle Cirillo.(Hernandez, Gilda) (Entered: 10/01/2020) |
| 10/13/2020 | Ï 9 | AFFIDAVIT of Service filed by Danielle Cirillo. Citrix Systems, Inc. served on 10/2/2020, answer due 10/23/2020. (Attachments: # 1 Exhibit A – Proof of Service of Summons on Defendant Citrix Systems, Inc.)(Hernandez, Gilda) (Entered: 10/13/2020) |
| 10/21/2020 | Ï 10 | MOTION for Extension of Time to Answer re: 8 Amended Complaint by Citrix Systems, Inc.. (Smith, Frederick). Motions referred to David S. Cayer. (Entered: 10/21/2020) |
| 10/21/2020 | Ï 11 | Corporate Disclosure Statement by Citrix Systems, Inc. (Smith, Frederick) (Entered: 10/21/2020) |
| 10/21/2020 | Ï | **TEXT−ONLY ORDER granting 10 Motion for Extension of Time to Answer. Citrix Systems, Inc. answer due 11/13/2020. So Ordered. Entered by Magistrate Judge David S. Cayer on 10/21/2020. (DLG)** (Entered: 10/21/2020) |
| 11/13/2020 | Ï 12 | MOTION to Dismiss *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A)* by Citrix Systems, Inc.. Responses due by 11/30/2020 (Attachments: # 1 Memorandum of Law in Support of its Motion to Dismiss, # 2 Affidavit A – Declaration of Lee Ruderman) (Smith, Frederick). Motions referred to David S. Cayer. (Entered: 11/13/2020) |
| 11/24/2020 | Ï 13 | Unopposed MOTION for Extension of Time to File Response/Reply re: 12 MOTION to Dismiss *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A)* by Danielle Cirillo. Responses due by 12/8/2020 (Attachments: # 1 Proposed Order) (Hernandez, Gilda). Motions referred to David S. Cayer. (Entered: 11/24/2020) |

| | | |
|---|---|---|
| 11/24/2020 | Ï | **TEXT–ONLY ORDER granting 13 Motion for Extension of Time to File Response/Reply re 12 MOTION to Dismiss** *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A).* **Responses due by 12/11/2020. So Ordered. Entered by Magistrate Judge David S. Cayer on 11/24/2020. (DLG)** (Entered: 11/24/2020) |
| 12/08/2020 | Ï 14 | RESPONSE in Opposition re 12 MOTION to Dismiss *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A)* by Danielle Cirillo. Replies due by 12/15/2020 (Attachments: # 1 Exhibit 1 – Plaintiff's Citrix Earning Statement, # 2 Exhibit 2 – Plaintiffs' Offer of Employment Letters, # 3 Exhibit 3 – Citrixs LinkedIn Advertisement for Jobs in Charlotte, NC, # 4 Exhibit 4 – Citrix's Interactive Website, # 5 Exhibit 5 – Citrix Statewide IT Contract, # 6 Exhibit 6 – Declaration of Named Plaintiff Danielle Cirillo, # 7 Exhibit 7 – Declaration of Opt–In Plaintiff Sabrina Stiles, # 8 Exhibit 8 – Citrix Code of Conduct, # 9 Exhibit 9 – Administrative Office of the United States Courts, U.S. District Courts–Combined Civil and Criminal Federal Court Management Statistics (June 30, 2020))(Hernandez, Gilda) (Entered: 12/08/2020) |
| 12/09/2020 | Ï 15 | Unopposed MOTION for Extension of Time to File Response/Reply re: 12 MOTION to Dismiss *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A)* by Citrix Systems, Inc.. Responses due by 12/23/2020 (Attachments: # 1 Proposed Order)(Smith, Frederick). Motions referred to David S. Cayer. (Entered: 12/09/2020) |
| 12/09/2020 | Ï | **TEXT–ONLY ORDER granting 15 Motion for Extension of Time to File Response/Reply re 12 MOTION to Dismiss** *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A).* **Replies due by 12/18/2020. So Ordered. Entered by Magistrate Judge David S. Cayer on 12/9/2020. (DLG)** (Entered: 12/09/2020) |
| 12/18/2020 | Ï 16 | RESPONSE in Support re 12 MOTION to Dismiss *or Transfer Under 28 U.S.C. Section 1406(A) or, Alternatively, Transfer Under 28 U.S.C. Section 1404(A)* by Citrix Systems, Inc.. (Smith, Frederick) (Entered: 12/18/2020) |
| 01/29/2021 | Ï 17 | **MEMORANDUM AND ORDER The 12 Motion to Dismiss Under 28 U.S.C. § 1406(a) is administratively DENIED and the Motion to Transfer Venue Under 28 U.S.C. § 1404(a) is GRANTED as set forth herein. Signed by Magistrate Judge David S. Cayer on 1/29/2021. (mek)** (Entered: 01/29/2021) |