IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 5:21-cv-00088-BO

| | |
|---|---|
| DANIELLE CIRILLO, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| CITRIX SYSTEMS, INC., | ) ) ) |
| *Defendant.* | ) ) ) |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION

Upon consideration of Plaintiff's Motion For Conditional Certification of a Collective Action pursuant to the Fair Labor Standards Act, IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED and that Defendant is ORDERED to provide within fifteen (15) days to Plaintiff's counsel an updated listing of the names, last known mailing addresses, last known cell phone numbers, email addresses, work locations, and dates of employment of all putative Plaintiffs who worked for Defendant in North Carolina at any time during the three (3) years preceding the filing of this action and consistent with Plaintiff's proposed collective notice definitions.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall mail to each listed putative plaintiff a copy of Plaintiff's proposed notice and opt-in form, and that said notice may also be emailed and sent via text message, radio and social media consistent with Plaintiff's proposed notice, which has been approved by this Court and a reminder shall be mailed 45-days after the initial mailing to all non-responding putative plaintiffs.

By the Court:

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE