IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-00088-BO

| | |
|---|---|
| DANIELLE CIRILLO on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) CITRIX SYSTEMS, INC., ) ) Defendant. ) | O R D E R |

DANIELLE CIRILLO on behalf of herself )
and all others similarly situated,         )
                                            )
                    Plaintiffs,             )
                                            )
v.                                          )          O R D E R
                                            )
CITRIX SYSTEMS, INC.,                       )
                                            )
                    Defendant.              )

This cause comes before the Court on parties' joint motion to stay [DE 49] this case to allow parties to participate in non-binding mediation. For good cause shown, and pursuant to the Court's inherent authority, this case is STAYED until further order of the Court. The parties are DIRECTED to notify the Court of the outcome of the mediation within five (5) days of the conclusion of mediation.

SO ORDERED, this 25 day of January, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE