IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE CIRILLO on behalf of herself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CA No. 5:21-cv-00088-BO<br>) |
| CITRIX SYSTEMS INC., | )<br>) |
| Defendant. | )<br>)<br>) |

**JOINT NOTICE TO ADVISE THE COURT THAT THE PARTIES HAVE REACHED SETTLEMENT TO RESOLVE ALL CLAIMS AT ISSUE IN THIS LITIGATION AND RELATED CASE *SABRINA STILES V. CITRIX SYSTEMS, INC.,* CA NO. 5:23-cv-00060-BO**

NOW COME the Parties, jointly, by and through their counsel, to notify the Court that the Parties have reached a settlement in principle, to be finalized in a formal, written settlement agreement, to resolve the claims asserted by the Named Plaintiffs in both matters on behalf of themselves and all others similarly situated during the relevant time period, including Opt-in Plaintiffs, pursuant to the Fair Labor Standards Act ("FLSA"). In order to simplify settlement proceedings in both cases and avoid unnecessary delays, Named Plaintiffs expect to submit an Unopposed Motion to Consolidate the related cases as well as to submit an Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and related documents to the Court, within forty-five (45) days from the date of this filing, or no later than May 8, 2023.

Respectfully submitted this 22 March 2023.

| | |
|---|---|
| */s/ Gilda A. Hernandez* | */s/ Noah Finkel* |
| Gilda A. Hernandez (NCSB No. 36812) | Frederick T. Smith |
| Matthew D. Wright (NCSB No. 58306) | North Carolina Bar No. 45229 |
| Hannah B. Simmons (NSCB No. 59579) | Attorney for Defendant |
| **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC** | SEYFARTH SHAW LLP |
| 1020 Southhill Drive, Suite 130 | 121 W. Trade Street |
| Cary, NC 27513 | Suite 2020 |
| Tel: (919) 741-8693 | Charlotte, North Carolina 28202 |
| Fax: (919) 869-1853 | Telephone: (704) 925-6023 |
| ghernandez@gildahernandezlaw.com | E-mail: fsmith@seyfarth.com |
| mwright@gildahernandezlaw.com | |
| hsimmons@gildahernandezlaw.com | Noah A. Finkel (*pro hac vice*) |
| | SEYFARTH SHAW LLP |
| *Attorneys for Plaintiffs* | 233 South Wacker Drive, Suite 8000 |
| | Chicago, IL 60606 |
| | Telephone: 312-460-5913 |
| | Facsimile: 312-460-7913 |
| | E-mail: nfinkel@seyfarth.com |
| | |
| | Theresa Waugh (*pro hac vice*) |
| | SEYFARTH SHAW LLP |
| | 975 F Street, N.W. |
| | Washington, DC 20004 |
| | Telephone: (202) 828-3586 |
| | Facsimile: (202) 828-5393 |
| | E-mail: twaugh@seyfarth.com |
| | |
| | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE TO ADVISE THE COURT THAT THE PARTIES HAVE REACHED SETTLEMENT TO RESOLVE ALL CLAIMS AT ISSUE IN THIS LITIGATION AND RELATED CASE *SABRINA STILES V. CITRIX SYSTEMS, INC.*, CA NO. 5:23-cv-00060-BO** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Frederick T. Smith
North Carolina Bar No. 45229
Attorney for Defendant
SEYFARTH SHAW LLP
121 W. Trade Street
Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
E-mail: fsmith@seyfarth.com

Noah A. Finkel (*pro hac vice*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: 312-460-5913
Facsimile: 312-460-7913
E-mail: nfinkel@seyfarth.com

Theresa Waugh *(pro hac vice)*
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 828-3586
Facsimile: (202) 828-5393
E-mail: twaugh@seyfarth.com
*Attorneys for Defendant*

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Matthew D. Wright (NCSB No. 58306)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130

Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
*Attorneys for Plaintiffs*

4

Case 5:21-cv-00088-BO    Document 91    Filed 03/22/23    Page 4 of 4