IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE CIRILLO, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:21-cv-00088-<br>**ORDER** |
| SABRINA STILES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:23-cv-00060-<br>**ORDER** |

AND NOW, this **11** day of May, 2023, for the reasons set forth in the Memorandum in support of Plaintiffs' Motion for Consolidation of Cases, it is hereby ORDERED that the matters of *Cirillo v. Citrix Systems, Inc.*, CA No.: 5:21-cv-00088-BO and *Stiles v. Citrix Systems, Inc.*, CA No.: 5:23-cv-00060-BO be consolidated for purposes of settlement.

THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE