IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| DANIELLE CIRILLO, on behalf of herself and all others similarly situated, | ) ) ) | |
|---|---|---|
| *Plaintiff,* | ) ) ) | Civil Action No.: 5:21-cv-00088-BO |
| v. | ) ) ) | |
| CITRIX SYSTEMS, INC., | ) ) ) | |
| *Defendant.* | ) | |
| SABRINA STILES, on behalf of herself and all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) ) | Civil Action No.: 5:23-cv-00060-BO |
| CITRIX SYSTEMS, INC., | ) ) ) | |
| *Defendant.* | ) ) | |

**PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SERVICE AWARDS**

For the reasons set forth in the accompanying Amended Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Service Awards ("Motion for Service Awards") and the Amended Declaration of Gilda Adriana Hernandez in Support of Plaintiffs' Unopposed Amended Motions for Approval of Attorneys' Fees and Service Awards; ("Amended GAH Decl.") (Dkt. 109), and consistent with the terms of the Parties' Settlement Agreement, Plaintiffs respectfully request the Court enter an Order approving a Service Award to Named Plaintiff Danielle Cirillo and Named Plaintiff Sabrina Stiles in recognition of the services

they rendered on behalf of the Class Members,[1] should the proposed Settlement Agreement receive final approval and become effective.

Plaintiffs' Counsel have conferred with counsel for Defendant and, consistent with the terms in the Parties' Settlement Agreement, which has been presented to the Court for Preliminary Approval, Defendant does not oppose the instant motion.

Respectfully submitted, this October 4, 2023.

/s/*Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com

*Attorneys for Plaintiffs*

---

[1] Plaintiffs seek service awards in the following amount: $100,000 for Named Plaintiff Cirillo and $50,000 for Named Plaintiff Stiles.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SERVICE AWARDS** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Frederick T. Smith
North Carolina Bar No. 45229
**SEYFARTH SHAW LLP**
121 W. Trade Street
Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 925-6023
fsmith@seyfarth.com

Noah A. Finkel
**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5913
312-460-7913 (fax)
nfinkel@seyfarth.com

Theresa M. Waugh
**SEYFARTH SHAW LLP**
121 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
(704) 925-6064
twaugh@seyfarth.com
Florida Bar. No. 89593
*Attorneys for Defendant*

    /s/ *Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
*Attorneys for Plaintiffs*