IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANIELLE CIRILLO, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:21-cv-00088-BO |
| SABRINA STILES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br><br>*Defendant.* | Civil Action No.: 5:23-cv-00060-BO |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class and Collective Action Settlement ("Motion for Final Approval"), Plaintiffs respectfully request the Court enter an Order:

(1)   Granting final approval of the Parties' Stipulation and Settlement Agreement (Dkt. 97-1, Exhibit 1), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2)   Granting any other relief that the Court deems just and proper.

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this January 3, 2024

          <u>*/s/ Gilda Adriana Hernandez*</u>
          Gilda A. Hernandez (NCSB No. 36812)
          Hannah B. Simmons (NCSB No. 59579
          **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
          1020 Southhill Dr., Ste. 130 Cary, NC 27513
          Tel: (919) 741-8693
          Fax: (919) 649-1853
          ghernandez@gildahernandezlaw.com
          hsimmons@gildahernandezlaw.com

          *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing true and accurate copy of **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to the following:

Frederick T. Smith
North Carolina Bar No. 45229
SEYFARTH SHAW LLP
121 W. Trade Street, uite 2020
Charlotte, North Carolina 28202
(704) 925-6023
fsmith@seyfarth.com

Noah A. Finkel
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
312-460-5913
nfinkel@seyfarth.com

*Attorneys for Defendant*

                                                              */s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmons (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130 Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 649-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com

*Attorneys for Plaintiffs*