FILED IN OPEN COURT
ON 1/5/2024 ts
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CONSOLIDATED ACTION

| | |
|---|---|
| DANIELLE CIRILLO, on behalf of herself and all others similarly situated,<br>　　　Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br>　　　Defendant. | No. 5:21-CV-88-BO |
| SABRINA STILES, on behalf of herself and all others similarly situated,<br>　　　Plaintiff,<br><br>v.<br><br>CITRIX SYSTEMS, INC.,<br>　　　Defendant. | No. 5:23-CV-60-BO |

ORDER

In accordance with the Court's final approval of the collective and class action settlement in this matter, the amended motions for preliminary approval of service awards and for approval of attorney fees and reimbursement of expenses [DE 111 & 114] are GRANTED.

SO ORDERED, this 5 day of January 2024.

_Terrence W. Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE